UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                       Case No: 2:24-cv-00989-JLB-KCD

OCEAN ROOFING, INC., JOSEPH PETERS,

    Defendants.
_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff Kinsale Insurance Company's Motion for Final Default Judgment (Doc. 16) be **GRANTED**. (Doc. 17). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be **ADOPTED**.

Accordingly, it is **ORDERED** that:

(1) The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order for all purposes.

(2) Plaintiff Kinsale Insurance Company's Motion for Final Default Judgment (Doc. 16) is **GRANTED**.

(3) The Clerk of Court is **DIRECTED** to enter a default judgment against Defendants Ocean Roofing, Inc. and Joseph Peters declaring that Kinsale Insurance Company is not obligated by Policy Number 0100147275-1 to defend or indemnify Ocean Roofing, Inc. in relation to the action brought against it by Joseph Peters in the Twentieth Judicial Circuit in and for Lee County, Florida, bearing Case No. 22-CA-001594.

(4) The Clerk of Court is **DIRECTED** to terminate all deadlines, deny all pending motions as moot, and close the file.

**ORDERED** in Fort Myers, Florida, on March 10, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE